IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA DEVINNEY | : | CIVIL ACTION |
| v. | : | |
| | : | No. 13-1777 |
| MINDLANCE, INC., et al. | : | |

**ORDER**

AND NOW, this 2nd day of August, 2013, "Defendant's Motion to Dismiss or, in the Alternative, Motion to Transfer Venue" (doc. no. 4) is granted in part. This action is transferred to the United States District Court for the District of New Jersey.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.